# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLARK SHANK,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:20-cv-01644-GSA<br><br>**ORDER DIRECTING ISSUANCE OF SCHEDULING ORDER** |

The clerk of court is **directed** to issue a scheduling order. No deadlines will be triggered until the administrative record is filed and the stay is lifted.

IT IS SO ORDERED.

Dated:  **June 10, 2021**          /s/ Gary S. Austin
                             UNITED STATES MAGISTRATE JUDGE